UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY SPEARS, | ) Case No. 2:25-cv-02488-CSK |
| Plaintiff, | ) [PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT |
| vs. | ) |
| K.B.R., Inc. d/b/a RASH CURTIS & ASSOCIATES, | ) Honorable Magistrate Judge Chi Soo Kim |
| Defendant. | ) Complaint served: September 5, 2025 ) Current response date: September 26, 2025 ) New response date: January 5, 2026 |

Before the Court is Plaintiff AMY SPEARS ("Plaintiff") and Defendant K.B.R., INC. d/b/a RASH CURTIS & ASSOCIATES's ("Defendant") (collectively referred to as, "the Parties") Joint Motion to Extend Time for Defendant to Respond to Plaintiff's Complaint. Having considered the Motion, the Motion is hereby GRANTED.

IT IS HEREBY ORDERED that:

Defendant shall have an extension of time, up to an including January 5, 2026, in which to file a responsive pleading to Plaintiff's Complaint.

Dated:  December 15, 2025

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

4, spea2488.25

- 1 -   [PROPOSED ORDER] GRANTING JOINT MOTION TO EXTEND TIME TO RESPOND
CASE NO: 2:25-cv-02488-CSK